## MEYER ET AL. *v.* FARMERS STATE BANK.

[No. 22,519.   Filed November 21, 1913.]

1. DEPOSITORIES.—*Selection.*—*Appeal.*—*Moot Questions.*—*Dismissal.*—Where, on appeal from the judgment of the circuit court approving appellee's bond and making it a depository for the funds of a certain township, no motion to advance the cause was made, and pending its disposition the term for which appellee was made a depository had expired, the appeal must be dismissed, as nothing but a moot question remains and the court will not entertain moot questions simply to determine a question of costs.   p. 483.

From Dubois Circuit Court; *John L. Bretz,* Judge.

Proceeding by the Farmers State Bank to be designated as a depository of public funds of Harbison Township, Dubois County. From a judgment approving its bond and designating it as such depository, this appeal is prosecuted. (Transferred from the Appellate Court under §1405 Burns 1908, Acts 1901 p. 590.)   *Appeal dismissed.*

*Bomar Traylor,* for appellant.
*Richard M. Milburn,* for appellee.

SPENCER, C. J.—Appellee instituted this proceeding in the Dubois Circuit Court to have reviewed the action of appellants, constituting the board of finance of Harbison Township, Dubois County, Indiana, in refusing to approve the bond tendered by appellee with its application to become a depository for the funds of said township for the years 1911 and 1912. The circuit court, after hearing the evidence, approved said bond and created appellee a public depository for the funds of Harbison Township, in a sum not to exceed $2,000. This appeal follows.

The assignment of errors herein was filed on August 31, 1911. No motion to advance the cause appears to have been made and pending its disposition on appeal the term for which appellee was made a depository has

expired. Consequently, the appeal must be dismissed, as it presents nothing but moot questions, which the courts never decide, and cannot be entertained simply to determine a question of costs. *Gibson* v. *State* (1912), 178 Ind. 315, 99 N. E. 424; *Brown* v. *Dicus* (1909), 172 Ind. 51, 54, 87 N. E. 716; *State, ex rel.* v. *Boyd* (1909), 172 Ind. 196, 87 N. E. 140; *Hood* v. *McCarthy* (1910), 174 Ind. 128, 91 N. E. 501; *State, ex rel.* v. *Owens* (1910), 174 Ind. 142, 91 N. E. 562.

Appeal dismissed.

NOTE.—Reported in 103 N. E. 97. See, also, 2 Cyc. 533, 535.